## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re: 00-md-1328 PAM/SPMS

Madelon Lief, et al.,

        Plaintiffs,        Civil 03-3162 (PAM)

v.

**ORDER OF DISMISSAL**

Archer Daniels Midland Company,
et al..,

        Defendants.

_____

The court having been advised that the above case has been settled, subject to the written Settlement Agreement between the parties,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice.


Dated: December    21   , 2006

                                               s/Paul A. Magnuson
                                               Paul A. Magnuson
                                               United States District Court Judge